*Ex parte* SAYRE.

The People
v.
Vermilyea.

SAVAGE, C. J.   Mr. Sayre's certificate of commencing a clerkship, was filed January 18th, 1825; he having three years to serve.   In our computation of time for clerkship, we call four terms a year; so that Mr. Sayre required twelve terms.   Had his certificate been filed in October term, 1824, he would now be entitled to his examination. But it was filed in October vacation.   The computation of time is already very favorable to the student; more so than in any other case; and we think we must require the full number of terms in fact, without allowing the filing of a certificate in vacation, to relate to a previous term.